# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | No. CR 22-380 R |
| | ) | |
| **NINA NGUYEN and** | ) | **Violation:** 18 U.S.C. § 1001(a)(2) |
| **ANDREWE STEVEN HANSEN,** | ) | **FILED** |
| **a/k/a Andrew Steven Hansen,** | ) | |
| | ) | **SEP 06 2022** |
| **Defendants.** | ) | |

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA,
BY_____,DEPUTY

## I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT 1
### (False Statement)

On or about May 10, 2021, in the Western District of Oklahoma,

----------------------------------------- **NINA NGUYEN** -----------------------------------------

knowingly and willfully made materially false, fictitious, and fraudulent statements and

representations in a matter within the jurisdiction of the executive branch of the United

States Government, by stating to Criminal Investigator Cameron Hicks of the Veterans

Affairs Police Service, a division of the Department of Veterans Affairs, during an official

law enforcement interview regarding the death of a patient at the Oklahoma City Veterans

Affairs Medical Center in Oklahoma City, Oklahoma, that she did not pause the medication

being administered to the victim prior to the victim's death. These statements and

representations were false because, as the defendant then and there knew, she did pause the medication.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2
### (False Statement)

On or about May 10, 2021, in the Western District of Oklahoma,

-------------------------------- **ANDREWE STEVEN HANSEN,**
**a/k/a Andrew Steven Hansen,** --------------------------------

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the United States Government, by stating to Criminal Investigator Cameron Hicks of the Veterans Affairs Police Service, a division of the United States Department of Veterans Affairs, during an official law enforcement interview regarding the death of a patient at the Oklahoma City Veterans Affairs Medical Center in Oklahoma City, Oklahoma, that he did not pause the medication being administered to the victim prior to the victim's death. These statements and representations were false because, as the defendant then and there knew, he did pause the medication.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 3
### (False Statement)

On or about May 10, 2021, in the Western District of Oklahoma,

-------------------------------- **ANDREWE STEVEN HANSEN,**
**a/k/a Andrew Steven Hansen,** --------------------------------

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the United States Government, by stating to Special Agents Robert Hegerty and Brian Sewell of the United States Department of Veterans Affairs, Office of Inspector General, a division of the Department of Veterans Affairs, during an official law enforcement interview regarding the death of a patient at the Oklahoma City Veterans Affairs Medical Center in Oklahoma City, Oklahoma, that he did not pause the medication being administered to the victim prior to the victim's death.  These statements and representations were false because, as the defendant then and there knew, he did pause the medication.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

MARY E. WALTERS
Assistant United States Attorney

3