### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                             )<br>          Plaintiff,                              )<br>                                                             )<br>-vs-                                                      )          Case No.  <u>CR-22-380-R</u><br>                                                             )<br>NINA NGUYEN and                          )<br>ANDREWE STEVEN HANSEN,       )<br>   a/k/a Andrew Steven Hansen,        )<br>                                                             )<br>          Defendants.                           ) | |

### DEFENDANTS' JOINT UNOPPOSED MOTION
### TO CONTINUE JURY TRIAL

COMES NOW, the Defendants, Nina Nguyen, by and through her Attorney of Record J. David Ogle, and Andrewe Steven Hansen, by and through his Attorney of Record Henry A. Meyer, III, and requests this Honorable Court, pursuant to the LCrR 12.1(f), to enter an order extending the time to file pretrial motions and continuing the jury trials for Ms. Nguyen and Mr. Hansen both currently scheduled for February 14, 2023 to the April 2023 trial docket.

1. The grand jury returned an indictment on September 6, 2022. (Doc. 1.) Mr. Hansen made his initial appearance on the Indictment before Judge Gary M. Purcell on September 8, 2022. (Doc. 8.) Ms. Nguyen made her initial appearance on September 12, 2022. (Doc. 18.)

2. Both Mr. Hansen and Ms. Nguyen were released on an unsecured bond and conditions of release pending jury trial.

1

3. On September 30, 2022, a Joint Motion to Continue Jury Trial was filed by the United States of America. (Doc. 26.) Said Motion was granted on October 3, 2022 and the jury trials for the Defendants were continued to the Court's February 2023 trial docket. (Doc. 27.)

4. On January 4, 2023, the jury trials were set for February 14, 2023 at 9:00 a.m.

5. On October 4, 2022, Counsel for both Ms. Nguyen and Mr. Hansel received the Government's first set of discovery, to wit., Nguyen_000001 to _000895. On November 9, 2022 the Defendants' counsel received the second set of discovery, to wit, Nguyen_003827 to _003849.[1]

6. Even through the exercise of due diligence and giving priority to the preparation for trial, counsel for the Defendants have not had time to properly evaluate the voluminous and complex discovery. It will not be possible for the parties to fully evaluate the issues necessitating the filing of pretrial motions by the present deadline of January 27, 2023. The discovery in this case is voluminous and complex in nature. Both Defendants and counsel need reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

7. Counsel for Ms. Nguyen and Counsel for Mr. Hansen have advised and discussed with Defendant's, their rights Under the Speedy Trial Act,18 U.S.C. § 3161. See Exhibit "A", Defendant Nguyen's Speedy Trial Waiver

---

[1] More than 3500 pages of discovery, as well as approximately 20 audio/video recordings.

and Statement of Reason in Support of the Motion to Continue Jury Trial. See also Waiver of Speedy Trial by Andrewe Steven Hansen file on January 13, 2023. (Doc 37.)

8. Counsel for Defendant Nguyen has visited with Assistant United States Attorney, Mary E. Walters, who advises she does not object to a continuance of the jury trial or an extension of time for the filing of pretrial motions. Counsel is further authorized to state that Ms. Walters joins Ms. Nguyen and Mr. Hansen in their request for an order continuing the trials of this matter.

9. This request is not made for undue delay, but to ensure the ends of justice are served.

10. For the reasons outlined herein, counsel for Ms. Nguyen and Mr. Hansen jointly request the jury trial be continued to the April 2023 jury trial docket, and the deadline for filing pretrial motions be extended therewith.

**WHEREFORE**, premises considered, the parties pray this Court continues the respective jury trials currently scheduled for February 14, 2023 to the April 2023 trial docket and the deadline for filing pretrial motions be extended therewith.

    Respectfully submitted,

    s/ *J. David Ogle*
J. DAVID OGLE, OBA #17476
BABBIT, MITCHELL & OGLE
9905 South Pennsylvania Avenue
Oklahoma City, OK 73159
(405) 692-7676 (office)
(405) 692-7670 (fax)
david@bmolawok.com
*Attorney for Nina Nguyen*

AND

s/ *Henry A. Mayer*
Henry A. Meyer, III, OBA #6163
KRAHL GOERKE MEYER & BEHENNA
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
405-232-3800 (office)
405-232-8999 (fax)
hank@lawfirmokc.com
*Attorney for Andrewe Steven Hansen*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 17, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Henry A. Meyer, Counsel for Defendant Andrewe Steven Hansen and Mary E. Walters, Assistant United States Attorney.

s/ *J. David Ogle*
J. DAVID OGLE, OBA #17476