### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CR-22-380-R ) |
| NINA NGUYEN, | ) ) |
| Defendant. | ) |

### APPLICATION TO FILE DEFENDANT, NINA NGUYEN'S SENTENCING MEMORANDUM UNDER SEAL

COMES NOW, the Defendant, Nina Nguyen, through her Counsel of Record and submits this Application pursuant to Local Criminal Rule 12.2, for an Order allowing the filing of a document under seal. Defendant, Nina Nguyen will be filing a Sentencing Memorandum and Motion for Variance in the above styled cause. The document to be filed contains matters that are sensitive in nature and responsive to the Presentence Investigation Report, which has been filed under seal.

WHEREFORE, Defendant, Nina Nguyen requests that this Honorable Court issue its order authorizing the filing of the Sentencing Memorandum and Motion for Variance under seal.

Respectfully submitted,
BABBIT, MITCHELL & OGLE

/s/ J. David Ogle
J. DAVID OGLE, OBA #17476
9905 South Pennsylvania Avenue
Oklahoma City, OK  73159
Telephone:     (405) 605-6644
Email: David@BMOLawOk.com
*ATTORNEY FOR DEFENDANT NGUYEN*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of November 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing, which will automatically send e-mail notification of such filing to all attorneys of record.

                                            /s/ J. David Ogle
                                            J. David Ogle