UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>Plaintiff,  )<br> )<br>v.   )<br> )<br>NINA NGUYEN,   )<br> )<br>Defendant.   ) | Case No. CR-22-380-R |

## ORDER

Defendant has filed a motion for early termination of her supervised release [Doc. No. 87]. While the Court is pleased with Defendant's adjustment post sentencing, after review of the record, declines to grant the motion.

IT IS SO ORDERED this 26th day of February, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE